IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESUS MORENO,

    Plaintiff,

v.                                                                                                        No. 16-cv-0013 JCH/SMV

GEO GROUP; CORIZON, INC.;
and FNU WALDEN;

    Defendants.

## ORDER APPOINTING COUNSEL

THIS MATTER is before the Court on its Order Granting in Part Motion for Appointment of Counsel [Doc. 22], issued on April 7, 2017. It appears to the Court that attorney Samantha Adams, of Adams+Crow Law Firm, who serves on the Court's Pro Bono Panel, has agreed to appear on behalf of Plaintiff in this action.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that attorney Samantha Adams is **APPOINTED** to represent Plaintiff in this action pursuant to the Court's Pro Bono Plan.

**IT IS SO ORDERED.**

                                                                  _____
                                                                  **STEPHAN M. VIDMAR**
                                                                  **United States Magistrate Judge**