IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESUS MORENO,

      Plaintiff,

v.                                                            Civil No. 1:16-CV-00013 JCH/SMV

GEO GROUP, CORIZON INC.,
and DR. MARK WALDEN,

      Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE AN ANSWER TO SECOND AMENDED COMPLAINT**

THIS MATTER having come before the Court on Defendant Corizon's Unopposed Motion for Extension of Time to File and Answer to Second Amended Complaint, and the Court having reviewed the pleading FINDS:

    1.      The motion is unopposed;

    2.      The motion is well-taken and should be granted.

IT IS THEREFORE ORDERED:

    A.      The due date for Corizon to file its Answer to the Second Amended Complaint shall be extended pending the Court's ruling on Corizon's Amended Motion for Reconsideration of Order Granting Plaintiff's Motion for Leave to File Second Amended Complaint.

    B.      Should the Court deny the motion for reconsideration, Corizon's Answer to the Second Amended Complaint shall be due no later than ten (10) days after entry of the Court's order.

                                                                                     _____
                                                                                     STEPHAN M. VIDMAR
                                                                                      United States Magistrate Judge

APPROVED:

ALLEN LAW FIRM, LLC

*Michelle Lalley Blake*
Michelle Lalley Blake
*Attorneys for Defendant Corizon, LLC*
6121 Indian School Rd, Ste 230
Albuquerque, NM 87110
(505) 298-9400

ADAMS+CROW LAW FIRM

*/s/ Electronic Approval 10/11/17*
Samantha M. Adams
Alana M. De Young
*Attorneys for Plaintiff*
5051 Journal Center Blvd. NE
Suite 320
Albuquerque, NM 87109
(505) 582-2819