IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESUS MORENO,

    Plaintiff,

v.     No. 16-cv-0013 JCH/SMV

GEO GROUP; CORIZON, INC.;
and FNU WALDEN;

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on Defendant Corizon's Motion to Dismiss & Strike Plaintiff's "Amended Complaint" [Doc. 12], filed on January 19, 2017, and on Plaintiff's Motion for Leave to File Second Amended Complaint [Doc. 27], filed September 15, 2017. On October 23, 2017, the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended that Plaintiff be granted leave to file his Second Amended Complaint and that Defendant Corizon's Motion to Dismiss & Strike be denied as moot. [Doc. 40]. No party has objected, and the time for doing so has passed.[1]

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 40] be **ADOPTED**; Plaintiff's Motion for Leave to File Second Amended Complaint [Doc. 27] be **GRANTED**; and Defendant Corizon's Motion to Dismiss & Strike Plaintiff's "Amended Complaint" [Doc. 12] be **DENIED as moot**.

**IT IS SO ORDERED.**

                                                               **JUDITH C. HERRERA**
                                                              **United States District Judge**

---

[1] In fact, Plaintiff already filed his Second Amended Complaint, and Defendant Corizon answered. [Docs. 34, 41].