IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESUS MORENO,

    Plaintiff,

v.                                                                              No. 16-cv-0013 JCH/SMV

GEO GROUP; CORIZON, INC.; FNU WALDEN;
NEW MEXICO CORRECTIONS DEPARTMENT;
TIMOTHY B. HATCH; and ERASMO BRAVO;

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

Counsel for Plaintiff advises that the parties continue to cooperate in finalizing the settlement documents in this case, which should be completed in due course.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **November 13, 2018**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**